UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>  Plaintiff<br><br>   v.<br><br>ELY STATE PRISON DISTRICT OF NEVADA,<br><br>  Defendant | Case No.  3:23-cv-00463-MMD-CSD<br><br>**ORDER** |

**I.   DISCUSSION**

On September 20, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled "Ex Parte Motion for the Appointment of Counsel and Affidavit of: Harassment, Racial Profiling, Racial Discrimination, Racial Slander. Class Action Suit." (ECF No. 1-1).  Plaintiff did not file a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  The Court grants Plaintiff **until December 12, 2023**, to submit a complaint to this Court.

The Court notes that a "civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. Prac. LSR 2-1.  The Court will direct the Clerk of the Court to send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. Special R. 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the

following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

The Court will grant Plaintiff an opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **December 12, 2023**.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **December 12, 2023**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his "Ex Parte Motion for the Appointment of Counsel" (ECF No. 1-1).

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that on or before **December 12, 2023**, Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

1   Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
2   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff
3   to refile the case with the Court, under a new case number, when Plaintiff can file a
4   complaint and a complete application to proceed *in forma pauperis* or pay the required
5   filing fee.

7   DATED: October 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

17   .